**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BUNKER HILL TECHNOLOGIES, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:26-cv-00742-JRG-RSP |
| | § | |
| VOLVO CAR CORPORATION, VOLVO CAR USA LLC, POLESTAR PERFORMANCE AB, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Defendants' Motion to Seal. **Dkt. No. 24**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the prior order (Dkt. No. 30) entered on this motion is **VACATED** and that Defendant shall have leave to file Exhibit A to its Motion to Dismiss (Dkt. No. 25) under seal. No public version of Exhibit A is required because confidential settlement and licensing terms permeate the agreement and no meaningful public version can be filed. The Clerk of Court is directed to maintain Exhibit A under seal until further order of the Court.

**SIGNED this 17th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE